# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA
V.
HERNANDEZ-OREGEL, ALBERTO
a/k/a HERNANDEZ, ALBERTO OREGEL

**CRIMINAL COMPLAINT**

CASE NUMBER:

**06 70211**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than March 13, 2006 in Santa Clara County in the ___Northern___ District of ___California___ defendant(s) did, (Track Statutory Language of Offense)

Unlawfully re-enter and was found in the United States after deportation, without the permission of the Attorney General or the Secretary of the Homeland Security.

in violation of Title __8__ United States Code, Section(s) __1326__.

I further state that I am a(n) ___Special Agent___ and that this complaint is based on the following
                                          Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to five years.

Requested bail: Issue no bail warrant / government will request detention.

APPROVED AS TO FORM: _____
                      ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

3/29 2006                          at San Jose, California
Date                               City and State

Howard R. Lloyd
United States Magistrate Judge                _____
Name & Title of Judicial Officer              Signature of Judicial Officer

**AFFIDAVIT OF SPECIAL AGENT PERCY ORUM**

I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), formerly known as the United States Immigration and Naturalization Service ("INS"). The departmental change from INS to ICE became effective on March 01, 2003, pursuant to Executive Orders of the Homeland Security Act. I have been employed with INS/ICE since March 05, 1980. I am currently assigned to the Alien Criminal Apprehension Program ("ACAP") Unit of the San Jose Sub-office. In such capacity, I have reviewed the official file relating to the below named individual, which attests to the following:

(1) HERNANDEZ-OREGEL, ALBERTO ("HERNANDEZ-OREGEL") a/k/a "HERNANDEZ, ALBERTO OREGEL is a 51-year-old male native and citizen of Mexico, who has used fourteen (14) aliases and two (02) dates of birth in the past.

(2) HERNANDEZ-OREGEL, has been assigned Alien Registration number of A030 049 049, FBI number of 433815W3, California Criminal Information Index Number A6862790, and a Santa Clara County Personal File Number of DRJ300,

(3) On June 27, 1995, HERNANDEZ-OREGEL was convicted in the Superior Court of the State of California, County of Ventura, for the offense of POSSESSION OF A CONTROLLED SUBSTANCE, to wit: HEROIN in violation of Section 11350(A) of the California Health and Safety Code. This was defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B).

(4) A check through ICE's records shows that HERNANDEZ-OREGEL was arrested and deported on two (02) occasions from the United States.

(5) On January 08, 1999, HERNANDEZ-OREGEL was deported from the United States at Nogales, Arizona and on April 19, 2002 at San Ysidro, California.

(6) HERNANDEZ-OREGEL last entered the United States at or near an unknown place and date after April 19, 2002, by crossing the international border without inspection subsequent to deportation.

(7) HERNANDEZ-OREGEL, on a date unknown but no later than March 13, 2006, at the Santa Clara County Jail, Elmwood Facility, Milpitas, California, was found to be unlawfully present in the United States after prior arrest and deportation, without the permission of the Attorney General or the Secretary of the Homeland Security, in violation of Title 8, United States Code, Section 1326.

(8) On March 13, 2006, HERNANDEZ-OREGEL was contacted by your affiant at the Santa Clara County Jail, Elmwood Facility, Milpitas, California, Northern District of California. HERNANDEZ-OREGEL was advised of his **Miranda** rights. HERNANDEZ-OREGEL waived his rights and gave a sworn statement admitting alienage, prior deportations, and his failure to obtain permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after being deported.

(9) On March 13, 2006, HERNANDEZ-OREGEL provided his right thumb and right index fingerprints on the sworn statement document. A latent print examiner at the Santa Clara County Sheriff's Department compared those fingerprints with HERNANDEZ-OREGEL's fingerprints on the executed Warrants of Deportation and HERNANDEZ-OREGEL's Santa Clara County Booking Sheet. The latent print examiner determined that the fingerprints were identical and related to HERNANDEZ-OREGEL.

(10) There is no record in the official file of the United States Department of Homeland Security, Immigration and Customs Enforcement that HERNANDEZ-OREGEL ever applied to the Attorney General or the Secretary of the Homeland Security to reenter the United States after deportation.

(11) HERNANDEZ-OREGEL is currently in custody at the Santa Clara County Jail, Elmwood Facility, Milpitas, California, with a pending release date.

(12) On the basis of the above-described information, there is probable cause to believe that HERNANDEZ-OREGEL illegally entered the United States, in violation of Title 8, United States Code, Section 1326. HERNANDEZ-OREGEL was found in the United States after having been deported, and he had not sought permission from the United States Attorney General or the Secretary of the Homeland Security to re-enter the United States.

Percy Orum
Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me this 29 day of March, 2006

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE