1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Special Assistant United States Attorney
5
6     150 Almaden Boulevard
      San Jose, California 95113
      Telephone: (408) 535-5059
7     Facsimile:  (408) 535-5066
      Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,        )
                                    )   No.    CR 06-70211 HRL
14            Plaintiff,             )
                                    )
15      v.                          )   SUBSTITUTION OF ATTORNEY
                                    )
16 ALBERTO HERNANDEZ-OREGEL,         )
                                    )
17            Defendant.             )
                                    )
18

19    Please take notice that as of March 12, 2008, the Assistant U.S. Attorney whose name,

20 address, telephone number, and email address are listed below was assigned to be counsel

21 for the government.

22              Assistant U.S. Attorney Benjamin Kennedy
                       150 Almaden Blvd., Suite 900
23                       San Jose, CA 95113
                        Telephone: (408) 535-5059
24              Email: benjamin.t.kennedy@usdoj.gov

25 DATED: March 12, 2008              Respectfully submitted,

26                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
27
                                      _____/s/_____
28                                    BENJAMIN T. KENNEDY
                                      Assistant United States Attorney