AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

v.

ALBERTO HERNANDEZ-OREGEL

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-00166 JF

I, __ALBERTO HERNANDEZ-OREGEL__, the above named defendant, who is accused of

__illegal re-entry, in violation of Title 8 USC 1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/25/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

FILED

MAR 25 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer