UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, April 16, 2008
**Case Number:** CR-08-00166-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:       UNITED STATES OF AMERICA V. ALBERTO HERNANDEZ-OREGEL

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Alberto Hernandez-Oregel |

**Attorneys Present:** Benjamin Kennedy                **Attorneys Present:** Nick Humy

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 4/30/08 at 9:00 a.m. for further status review. 14 days are excluded for the reasons stated.