UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, April 30, 2008
**Case Number:** CR-08-00166-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:   **UNITED STATES OF AMERICA V. ALBERTO HERNANDEZ-OREGEL**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Alberto Hernandez-Oregel |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Nick Humy |

PROCEEDINGS:
   Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 5/8/08 at 9:00 a.m. for further status review. 8 days are excluded for the reasons stated.