**E-filed 5/13/08**

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney

5

6      150 Almaden Boulevard
       San Jose, California 95113
7      Telephone: (408) 535-5059
       Facsimile:  (408) 535-5066
8      Email: benjamin.t.kennedy@usdoj.gov

9  Attorneys for the United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,            )    No.     CR 08-00166 JF
                                         )
15          Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                         )    ORDER EXCLUDING TIME FROM MAY
16      v.                               )    8, 2008 TO JUNE 4, 2008 FROM THE
                                         )    SPEEDY TRIAL ACT CALCULATION
17  ALBERTO HERNANDEZ-OREGEL,            )    (18 U.S.C. § 3161(h)(8)(A))
                                         )
18          Defendant.                   )
                                         )
19  _____ )

20

21      The parties stipulate that the time between May 8, 2008 and June 4, 2008 is excluded under

22  the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested

23  continuance would unreasonably deny defense counsel reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

25  ends of justice served by granting the requested continuance outweigh the best interest of the

26  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28  //

                            1

1    18 U.S.C. § 3161(h)(8)(A).

2

3    DATED: May 9, 2008                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
4

5                                               /s/
                                            _____
6                                           BENJAMIN T. KENNEDY
                                            Assistant United States Attorney
7

8                                               /s/
                                            _____
9                                           NICHOLAS HUMY
                                            Assistant Federal Public Defender
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2          Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3   ORDERS that the time between May 8, 2008 and June 4, 2008 is excluded under the Speedy

4   Trial Act, 18 U.S.C. § 3161.  The court finds that the failure to grant the requested continuance

5   would unreasonably deny defense counsel reasonable time necessary for effective preparation,

6   taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of

7   justice served by granting the requested continuance outweigh the best interest of the public and

8   the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court

9   therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

10

11  IT IS SO ORDERED.

12  DATED:    5/12/08
     nunc pro tunc to 5/8/08

13  JEREMY FOGEL
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3