1
2
3            UNITED STATES DISTRICT COURT
4       FOR THE NORTHERN DISTRICT OF CALIFORNIA
5             SAN JOSE DIVISION
6
7

UNITED STATES OF AMERICA,              Case Number CR-08-00166-JF
8            Plaintiff,
   V.                                     Status Hearing
9
   ALBERTO HERNANDEZ-OREGEL,               June 12, 2008
10           Defendant.
                                          CLERK'S NOTICE
11   _____

12

13   To all Parties and Attorneys of Record:

14   The status  hearing set on June 4, 2008 is continued to June 12, 2008

15   at 9:00 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3

16   on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18   May 28, 2008                     For the Court
                                      Richard W. Wieking, Clerk
19

20                                    By:___/s/_____
                                      Diana Munz
21                                    Courtroom Deputy Clerk

22
23
24
25
26
27
28