1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 6286783)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5059
7      Facsimile: (408) 535-5066
       E-mail: chad.mandell@usdoj.gov
8
   Attorneys for the United States
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,        )
                                    )   No. CR 08-00166 JF
14         Plaintiff,               )
                                    )
15     v.                           )   SUBSTITUTION OF ATTORNEY
                                    )
16                                  )
   ALBERTO HERNANDEZ-OREGEL,        )
17                                  )
           Defendant.                )
18 _____)

19     Please take notice that as of, June 2, 2008, the Assistant U.S. Attorney whose name,

20 address, telephone number and email address are listed below was assigned to be counsel

21 for the government.

22                      Special Assistant U.S. Attorney Chad M. Mandell
                        150 Almaden Blvd., Suite 900
23                      San Jose, CA   95113
                        Telephone: (408) 535-5059
24                      Email: chad.mandell@usdoj.gov

25 DATED: June 6, 2008                     Respectfully submitted,

26                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney
27

28                                              /s/
                                           CHAD M. MANDELL
                                           Special Assistant United States Attorney