```
1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant, ALBERTO HERNANDEZ-OREGEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case Number: CR-08-00166-JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **CONFERENCE** |
| ALBERTO HERNANDEZ-OREGEL, | ) | |
| Defendant. | ) | |

Alberto Hernandez-Oregel, by and through his attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Chad Mandell, hereby stipulate and agree to request that the Court continue the hearing currently set for June 12, 2008 in the above captioned matter to June 25, 2008 at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel for Mr. Hernandez-Oregel.

The parties further agree and stipulate that time should be excluded from and including June 12, 2008 through and including June 25, 2008, to provide counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

///

///

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE
Case Number: CR-08-00166-JF                 1

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and
2  defendant in a speedy trial.
3  Dated: 6/5/08                                    _____/s/_____
                                                     NICHOLAS P. HUMY
4                                                    Assistant Federal Public Defender

5  Dated: 6/5/08                                    _____/s/_____
                                                     CHAD MANDELL
6                                                    Assistant United States Attorney

7

8                                    **ORDER**

9       The parties have requested a continuance of the status hearing set for June 12, 2008 due
10  to the unavailability of defense counsel.
11       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
12  presently set for June 12, 2008 be continued to June 25, 2008 at 9:00a.m. as well as the period of
13  delay from June 12, 2008, to and including June 25, 2008, be excluded for purposes of Speedy
14  Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and
15  3161(h)(8)(B)(iv).

16

17  Dated: 6/12/08                                  _____
                                                     JEREMY FOGEL
18                                                   United States District Judge