# MAGISTRATE JUDGE MINUTE ORDER

DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 22 min.

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/FTR |
|---|---|---|
| Patricia V. Trumbull | Corinne Lew | FTR |
| | DATE: 6/26/08 | NEW CASE ☐ — CASE NUMBER: CR 08-00166 JF |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD ☐ RET ☐ APPT ☒ |
|---|---|---|---|---|---|
| Alberto Hernandez-Oregel | | Yes | P | James Thompson | |
| U.S. ATTORNEY | INTERPRETER | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| Chad Mandell | Spanish - T. Oros | | | | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: A. Granados | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

☐ INITIAL APPEAR ☐ PRELIM HRG ☒ MOTION ☐ JUGM'T & SENTG ☐ STATUS
☐ I.D. COUNSEL ☐ ARRAIGNMENT ☐ BOND HEARING ☐ INITIAL APPEAR REV PROB OR S/R ☐ OTHER
☐ DETENTION HRG ☐ ID / REMOV HRG ☐ CHANGE PLEA ☐ PROB. REVOC. ☐ ATTY APPT HEARING

## INITIAL APPEARANCE
☐ ADVISED OF RIGHTS ☐ ADVISED OF CHARGES ☐ NAME AS CHARGED IS TRUE NAME ☐ TRUE NAME:

## ARRAIGNMENT
☐ ARRAIGNED ON INFORMATION ☐ ARRAIGNED ON INDICTMENT ☐ READING WAIVED SUBSTANCE ☐ WAIVER OF INDICTMENT FILED

## RELEASE
☐ RELEASED ON O/R ☐ ISSUED APPEARANCE BOND ― AMT OF SECURITY $ ― SPECIAL NOTES ― ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED ☐ CASH $ — CORPORATE SECURITY ☐ — REAL PROPERTY: ☐

☐ MOTION FOR DETENTION ☐ PRETRIAL SERVICES REPORT ☐ DETAINED ☐ RELEASED ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

## PLEA
☐ CONSENT ENTERED ☐ NOT GUILTY ☐ GUILTY — GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED ☐ CHANGE OF PLEA ☐ PLEA AGREEMENT FILED — OTHER:

## CONTINUANCE

TO: 7/16/08
AT: 9:00 am
BEFORE HON. Jeremy Fogel

☐ ATTY APPT HEARING ☐ BOND HEARING ☐ STATUS RE: CONSENT ☒ STATUS / TRIAL SET
☐ SUBMIT FINAN. AFFIDAVIT ☐ PRELIMINARY HEARING OR ARRAIGNMENT ☐ CHANGE OF PLEA ☐ OTHER
☐ DETENTION HEARING ― ― ☐ MOTIONS ☐ JUDGMENT & SENTENCING
☐ TIME WAIVED ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 ☐ IDENTITY / REMOVAL HEARING ☐ PRETRIAL CONFERENCE ☐ PROB/SUP REV. HEARING

## ADDITIONAL PROCEEDINGS

ATTORNEY NICK HUMY IS RELIEVED AS ATTORNEY OF RECORD. ATTORNEY JAMES THOMPSON IS APPOINTED. THE COURT VACATED THE STATUS HEARING ON 7/2/08 AT 9:00 AM BEFORE JUDGE FOGEL.

cc: D. Munz