1
2
3              UNITED STATES DISTRICT COURT
4           FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                      SAN JOSE DIVISION
6
7
8  UNITED STATES OF AMERICA,        Case Number CR-08-00166-JF
           Plaintiff,
   V.                               Status Hearing
9
   ALBERTO HERNANDEZ-OREGEL,           July 17, 2008
10          Defendant.
                                      CLERK'S NOTICE
11  _____

12

13 To all Parties and Attorneys of Record:

14 The status hearing set on July 16, 2008 is continued to July 17, 2008 at 9:00 a.m.

15 before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th

16 floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18 July 10, 2008                    For the Court
                                    Richard W. Wieking, Clerk
19

20                                  By:   /s/
                                    Diana Munz
21                                  Courtroom Deputy Clerk