JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, | Case No.: CR 08—00166 JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM JULY 17, 2008 AT 9:00 A.M. TO JULY 30, 2008 AT 9:00 A.M. |
| vs. | |
| ALBERTO HERNANDEZ-OREGEL | |
| Defendant | |

## STIPULATION

1. The parties agree that this matter had been originally set for July 16, 2008 at 9:00 a.m. in Courtroom 3, the Hon. Jeremy Fogel, Judge of the United States District Court, presiding; on or about July 10, 2008, the Court was required to move, without notice to the parties, the matter from July 16, 2008 to July 17, 2008, in the same department; at that time, counsel for defendant Hernandez-Oregel had a pre-existing commitment on July 17, 2008.

2. Counsel for the government, Chad Mandell, Assistant United States Attorney, has communicated to counsel for defendant that (a) he is available on July 30, 2008 at 9:00 and (b) counsel for defendant is authorized to represent that he

- 1 -

stipulates to continuing the status conference from July 17, 2008 to July 30, 2008 so that counsel for the defendant can be available.

3. Counsel for the defendant has conferred with the Court, and has determined that the court is available to conduct the status conference in this matter on July 30, 2008 at 9:00 a.m.

Therefore, the parties stipulate that the Status Conference in the above-captioned case presently set for July 17, 2008 at 9:00 a.m. in Courtroom 3 of the above-captioned Court be continued to July 30, 2008 at 9:00 a.m. in Courtroom 3 of the above-captioned Court.

Dated: July 15, 2008

Respectfully submitted,

*[signature]*

James McNair Thompson

Attorney for defendant Hernandez-Oregel

# [PROPOSED] ORDER

**GOOD CAUSE THEREFORE APPEARING, IT IS ORDERED THAT** the Status Conference in the above-captioned case presently set for July 17, 2008 at 9:00 a.m. in Courtroom 3 of this Court be continued to July 30, 2008 at 9:00 a.m. in Courtroom 3 of the this Court.

Dated: _____

Hon. Jeremy Fogel

Judge of the United States District Court