1
2
3                    UNITED STATES DISTRICT COURT
4               FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                            SAN JOSE DIVISION
6
7
    UNITED STATES OF AMERICA,            Case Number CR-08-00166-JF
8           Plaintiff,
    V.                                   Status Hearing
9
    ALBERTO HERNANDEZ-OREGEL,             August 13, 2008
10          Defendant.
                                          CLERK'S NOTICE
11  _____

12

13  To all Parties and Attorneys of Record:

14  The status hearing set on July 30, 2008 is continued to August 13, 2008 at 9:00 a.m.

15  before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th

16  floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18  July 25, 2008                        For the Court
                                         Richard W. Wieking, Clerk
19

20                                       By:___/s/_____
                                         Diana Munz
21                                       Courtroom Deputy Clerk

22
23
24
25
26
27
28