JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, | Case No.: CR 08—00166 JF |
| Plaintiff, | STATUS CONFERENCE REPORT |
| vs. | |
| ALBERTO HERNANDEZ-OREGEL | |
| Defendant | |

Defendant is still in the process of reviewing a number of alleged prior convictions and the particulars of two alleged deportations. Difficulty coordinating with the schedule of interpreters has made communication with the defendant difficult, but those obstacles appear to have been overcome.

Defendant requests the matter be put over to September 17, 2008 or September 24, 2008 so that he can gather, review and discuss the pertinent records. He recognizes that time must be excluded for further investigation and preparation.

Dated: August 11, 2008

Respectfully submitted,


James McNair Thompson

- 1 -

1  Attorney for defendant Hernandez-Oregel
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25