**E-Filed 3/4/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ALBERTO HERNANDEZ-OREGEL,<br><br>            Defendant. | Case Number CR 08-166 JF<br><br>ORDER[1] DENYING MOTION TO DISMISS AND MOTION TO VACATE SENTENCE<br><br>[doc. nos. 41, 42, 43 ] |

On October 8, 2008, Defendant Alberto Hernandez-Oregel ("Defendant") entered a plea of guilty in open court on one count of illegal re-entry following deportation in violation of 8 U.S.C. § 1326. This Court conducted a sentencing hearing on January 28, 2009, at which time the Court sentenced Defendant to ninety months imprisonment, three years supervised release, and a $100 special assessment. On February 2, 2009, Defendant filed a motion to dismiss on newly founded grounds and a motion to vacate judgment. On February 4, 2009, Defendant filed an amendment to his motion to vacate judgment. On February 6, 2009, the judgment was entered. Defendant filed a notice of appeal on the same date. The appeal is pending.

---

[1] This order is not designated for publication in the official reports.

Case No. CR 08-166 JF
ORDER DENYING MOTION TO DISMISS AND MOTION TO VACATE SENTENCE
(JFLC2)

It appears that the most appropriate characterization of Defendants' motions are as motions for relief under 28 U.S.C. § 2255. However, for reasons of judicial economy, a district court ordinarily should not entertain a § 2255 petition while a direct appeal pending. *United States v. Piro*, 104 F.3d 297, 299 (9th Cir. 1997). Accordingly, this Court will deny Defendants' motions without prejudice to the filing of an appropriate § 2255 motion if he so wishes after his appeal is resolved.

**ORDER**

Defendant's motion to dismiss (document no. 41) and motion to vacate judgment (document no. 42, as amended by document no. 43) are DENIED.

DATED:  3/4/09

_____
JEREMY FOGEL
United States District Judge

1 | Copies of Order served on:

3 | Chad Michael Mandell chad.mandell@usdoj.gov

4 | James McNair Thompson jmtesq@verizon.net

6 | Alberto Hernandez-Oregel
885 N. San Pedro Street
San Jose, CA 95110

3

Case No. CR 08-166 JF
ORDER DENYING MOTION TO DISMISS AND MOTION TO VACATE SENTENCE
(JFLC2)