UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00166 LHK |
| ) | No. CV 11-05753 LHK |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER EXTENDING |
| v. ) | TIME FOR GOVERNMENT TO |
| ) | RESPOND TO PETITIONER'S § 2255 |
| ALBERTO HERNANDEZ-OREGEL, ) | MOTION |
| ) | |
| Defendant. ) | |
| ) | |

Upon the request of the United States, and upon the good cause shown in the Declaration of Meredith J. Edwards filed on April 24, 2012, the Court orders that the United States may reply to petitioner's motion filed under 28 U.S.C. § 2255 on or before Thursday, June 14, 2012.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge